In RE PETITION OF MILES J. MILLS AND WILLIAM J. CIRWITHIN, FOR A PRIVATE ROAD IN CEDAR CREEK HUNDRED, SUS- SEX COUNTY.

*Roads—Petition—Place of Beginning ; Description of.*

Where the petition described the road as " commencing at a stake driven in the ground on the line between the land of A. B., and C. D., in the Hundred, County and State aforesaid, and running, etc." ; *Held* not sufficient.

*(April 8, 1904.)*

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*Rober   C. White* for petitioners.

*Charles F. Richards* for exceptants.

Court of General Sessions, Sussex County, April Term, 1904.

The petition described the road laid out, as " commencing at a stake driven in the ground on the line between the land of the said Miles J. Mills and William J. Cirwithin, in the Hundred, County and State aforesaid, thence running in a southwest course," etc.

*Richards*, for exceptants, objected to the above description as too indefinite and asked that the petition be dismissed.

LORE, C. J.:—We hardly think the petition designates with sufficient clearness where the road should begin.

It should state some distance from some place.

Let the petition be dismissed.